UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**
APR 25 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

YURI AVERKIEV,

    Petitioner,

-vs-

Civil Case No. 06-11871
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

ROBIN BAKER, Board of Immigration
and Customs Enforcement Detroit District
Director

    Respondent.
_____/

## ORDER DISMISSING PETITIONER'S WRIT OF HABEAS CORPUS

Petitioner filed the instant writ of habeas corpus in this courthouse on April 20, 2006.

However, Petitioner states in his petition that:

> Pursuant to Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 493_500 [sic] (1973), venue lies in the *United States District Court for the Western District of Michigan*, the judicial district in which Petitioner resides.

(Pet. Br. 2) (emphasis added). Petitioner is currently being held in Calhoun County Jail, in Battle Creek, Michigan, which is located within the Western District of Michigan.

Accordingly, Petitioner's Writ of Habeas Corpus filed with this Court is DISMISSED.

Petitioner may re-file his petition at any time in the Western District of Michigan.[1]

                                        _____
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: APR 2 5 2006
       Detroit, Michigan

---

[1] On unnumbered page 3 of the petition, Petitioner repeatedly refers to a "Mr. Abu Laila," who lived in Jordan as a Palestinian refugee and wants to return to Nablus, Palestine to be reunited with his family. Mr. Laila is not a party to this petition. Therefore, Petitioner may want to remove any reference to Mr. Laila when he re-files his petition in the Western District.